# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUL 26 2016

U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs

DAKOTA D. TIPTON

Case Number(s): 5:16PO388-MLC

Defendant's Attorney(s)
WAIVED

## JUDGMENT IN A CRIMINAL CASE

THE DEFENDANT pled guilty to violation 6024502.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title and Section | Nature of Offense | Date Offense Concluded | Violation Number |
|---|---|---|---|
| 36 C.F.R. §2.31(a)(3) | Vandalism to Roosevelt Arch | June 10, 2016 | 6024502 |

The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

July 26, 2016
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

7 - 26 - 16
Date

Rev. 11/18/2015

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of three days as to violation 6024502.

The Court recommends to the Bureau of Prisons that the defendant be allowed to report to a facility in his area (Joshua, TX) as directed by the Bureau of Prisons and on days not to interfere with his work schedule which is currently Saturday, Sunday, Monday. Sentence to be served within 6 months.

The defendant shall surrender to the United States Marshal for a district to be determined as notified by the Marshal.

---

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____ , with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy Marshal

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of 1 year.

While on probation, the defendant shall not commit another federal, state, tribal, or local crime.

The defendant shall make special assessment, processing fee, restitution, community service and fine payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.  The defendant shall pay monetary penalties in full no later than January 31, 2017.

The defendant shall serve jail sentence within the first 6 months of unsupervised probation.

# FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Citation Number | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 6024502 NOTES: | $10.00 | $30.00 | $250.00 | | | $290.00 |
| **Totals:** | $10.00 | $30.00 | $250.00 | $0.00 | $0.00 | $290.00 |

# FINE, RESTITUTION, and COMMUNITY SERVICE PAYMENT

The fine and/or restitution includes any costs of incarceration and/or supervision. The fine is inclusive of all penalties and interest, if applicable. Restitution, if applicable, is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution of more than Two Thousand Five Hundred Dollars ($2,500.00), unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

The court has determined that the defendant does not have the ability to pay interest or penalties and it is ordered that:

The interest and penalties not be applied to fine and/or restitution.

## RESTITUTION/COMMUNITY SERVICE PAYMENT

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution | Priority Order of Payment |
|---|---|---|
| Office of the Clerk<br>United States District Court<br>2120 Capitol Avenue<br>2nd Floor, Room 2131<br>Cheyenne, WY 82001 | $250.00 | |
| | | |

Each restitution and community service payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

The total fine and other monetary penalties shall be due in full by January 31, 2017.

## MONETARY OBLIGATIONS  /  FORFEIT PROPERTY

$250.00  restitution payment due in full not later than January 31, 2017, payable to Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001 (307-433-2120), and shall reference the defendant's case number(s), 5:16po388-MLC.

$40.00  due in full not later than January 31, 2017, payable to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363.  Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982, and shall reference the defendant's violation number(s), 6024502 and location code WYNP.